UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
VENYAMIN K. KHAIMOV

                               Plaintiff,

                                                               18 CV 4648 (FB)   (RLM)

         -against-

NATIONAL CREDIT SERVICES, INC. and
ACCOUNT CONTROL TECHNOLOGY INC.

                               Defendant.

-------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:


 /S/ Frederic  Block 12/17/2018
_____
U.S.D.J.